FILED
06 NOV 17 PM 3:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT H. WANG,<br><br>                      Plaintiff,<br>vs.<br><br>COMMUNITY HEALTH SERVICES, INC., FALLBROOK HOSPITAL CORPORATION; CYNTHIA ANN KLINE-BARNETT; PRIMARY CRITICAL CARE MEDICAL GROUP INC.; BRUCE TIMOTHY GIPE; MIRIAM ROSE DUNN; and KRISTIN R. BUTLER,<br><br>                      Defendants. | CASE NO. 06CV1478-LAB (POR)<br><br>**ORDER DENYING MOTIONS TO DISMISS OR STRIKE AS MOOT**<br><br>[Dkt Nos. 10, 16] |

       Plaintiff filed this medical malpractice suit alleging diversity jurisdiction on July 24, 2006. In August, the two sets of defendants each filed a Motion To Dismiss for hearing on October 16, 2006. By Minute Order entered October 11, 2006, the hearing date was vacated, and the fully-briefed motions were taken under submission for decision on the papers. A decision has not yet issued.

       On November 7, 2006, plaintiff presented a First Amended Complaint for filing. "A party is entitled to amend pleadings once 'as a matter of course' at any time before a responsive pleading is served." Allwaste, Inc. v. Hecht, 65 F.3d 1523, 1530 (9th Cir. 1995), citing Fed.R.Civ.P. 15(a). A "motion to dismiss [is] not a responsive pleading within the meaning of FED.R.CIV.P. 15." Shaver v. Operating Engineers Local 428 Pension Trust Fund, 332 F.3d 1198, 1201 (9th Cir. 2003); see Tahoe-Sierra Preservation Council, Inc. v. Tahoe

1 | Regional Planning Agency, 216 F.3d 764, 788 (9th Cir. 2000); Schreiber Distrib. v. Serv-Well
2 | Furniture Co., 806 F.2d 1393, 1401 (9th Cir.1986); Crum v. Circus Circus Enterprises, 231
3 | F.3d 1129, 1130 n. 3 (the filing of a motion to dismiss does not bar the plaintiff from
4 | thereafter amending the complaint once as a matter of right without leave of court).  Even
5 | as late as the hearing of a motion to dismiss, a plaintiff "still [has] an absolute right to amend
6 | [its] complaint."  Shaver, 332 F.3d at 1201.  This court construes that absolute right as
7 | continuing through the entire interim period between the filing of a motion to dismiss and the
8 | court's ruling on the motion to dismiss.

9 |      Accordingly, **IT IS HEREBY ORDERED** defendants' two pending motions to dismiss
10 | are **DENIED AS MOOT** because the Complaint the pre-Answer motions address has been
11 | superseded in its entirety by a First Amended Complaint plaintiff is entitled to file as a matter
12 | of right.

13 | **IT IS SO ORDERED.**
14 | DATED:  11-16-06

*Larry A. Burns*

15 | **HONORABLE LARRY ALAN BURNS**
    | United States District Judge

16 | CC:   MAGISTRATE JUDGE LOUISA S. PORTER
17 |       ALL COUNSEL OF RECORD